# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE FRANCISCO MADRID-SILVAS (2),<br><br>Defendant. | Case No. 15CR1145-WQH<br><br>JUDGMENT OF DISMISSAL<br><br>FILED<br>NOV - 9 2020<br>CLERK, U S DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY           DEPUTY |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☒ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment/Information:

CNT 1: 21:841(a)(1),846; 21:853; CNT 2: 21:952,960,963; 21:853

Dated: 11/9/20

Hon. William Q. Hayes
United States District Judge